FILED 20 JUN '16 13:40 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

MATTHEW YOUNG,
                    Plaintiff,

        v.

STATE OF OREGON,
OREGON DEPARTMENT OF CORRECTIONS,
MARK NOOTH, Snake River CORR. INST., SUPT.,
JEFF PREMO, Oregon State Penitentiary SUPT.,
PINKLEY-WARENZ OSP ASST. SUPT.
Ms. C. LENEX, OSP Head Counselor,

Case No. 6:16-cv-1112-SB

STATE PRISONER COMPLAINT
UNDER Title 42 USC § 1983, and
ORS 147.275, ORS 179.040, & ORS
423.075, OAR 291-119-0020,
DENIAL OF RIGHTS UNDER
THE STATE OF OREGON THAT
GUARANTEED THAT IF AN
INMATE REQUEST THE
ASSISTANCE OF A ODOC
STAFF IT WILL BE PROVIDED
BECAUSE THE DEFENDANTS
HAVE ALL FAILED TO PROVIDE
ANY FROM OF ASSISTANCE AT
ALL AS REQUIRED OF THEM
CAUSING PLAINTIFF TO LOOSE
OUT ON BILLIONS OF DOLLARS

**PLAINTIFF SEEKS $20,000,000,000.
TWENTY BILLION DOLLARS AND
DEMANDS A JURY TRIAL**

**COMES NOW,** pro se plaintiffs and Prays that this Honorable District Court of the state

of Oregon will Grant pro se plaintiff's a Speedy Hearing on the Claims brought by pro se

plaintiffs in his this Civil Action, and Issue an Injunctive Order Judgment, and Declaratory

Judgment, on the subject matter of the following Acts committed by the list of these following Defendants, Acts that pro se plaintiffs brings as Claims upon which Relief may be Granted by this District Court of the state of Oregon, pursuant to **ORCP 4, 5, & 6**, and **FRCP Rules 1, 8, 12(f), and Rules 38, and 39** in the interest of the United States Constitution, and Justice.

Pursuant to the intended Power and Authority vested by the creators who's intent was to provide inmates with the chance to be productive members of, and in society as Citizens of the United states, where the free residence of the United States would also benefit from the In the Best Interest of the Public In the Best Interest of the Public Contracting Services effectively Benefit through Plans, Contracts, and Provisions Relating to the Economic Enhancement of Oregon's Economy.

The category comprises primarily Trademark, Copyright, and Patent rights, but also includes trade-secret rights, publicity rights, moral rights, and rights against unfair competition, and a commercially valuable product of the human intellect, in a concrete or abstract form, such as a copyrightable work, a protectable trademark, and a patentable invention, or a trade secret.

This complaint incorporates the action quasi in rem; an action brought against the defendant personally, with jurisdiction based on an interest in property, the objective being to deal with the particular property or to subject the property to discharge of the claims asserted. And action in rem.

The predominant Federal Statute relied upon for Jurisdictional grounds in this civil action is **Title 28 U.S.C. § 1338**, with focus at *[Protection of DESIGNS]*, and *[Unfair competition]*.

## I.

## JURISDICTION & VENUE

**ORS 147.275, ORS 179.040, & ORS 423.075, OAR 291-119-0020**, acts of violating

United States Constitutional Rights, under color of state law, under the **1ST, 4TH, 5TH, 8TH,** and

**14th, Amendments** to the United States Constitution, and Oregon Constitution **Article I, Section**

**1, Section 10, Section 13, Section 17, Section 20, Section 29, aand Section 33.**

This Civil Action is filed and Brought in the United States District Court, located at:

United States District Court for the District of Oregon
Wayne L. Morse- United States Courthouse
405 East 8th Avenue – Room 1800
Eugene, OR 97401

## II.

## PLAINTIFF

MATTHEW YOUNG, SID No. 6242666, is incarcerated at OSP (Oregon State Penitentiary)

located at the Oregon State Penitentiary, address 2605, State Street, Salem, OR 97310.

## III.

## DEFENDANTS

STATE OF OREGON, Oregon Governor, State Capitol Building, 900 Court Street N. E.
Salem, OR 97310,

OREGON DEPARTMENT OF CORRECTIONS, 2575 Center Street N.E. Salem, OR 97301-
4667, the Dome Building,

MARK NOOTH, Snake River CORR. INST., SUPT., 777 Stanton Blvd. Ontario, OR 97914,

JEFF PREMO, Oregon State Penitentiary SUPT., 2605 State Street, Salem, OR 97310.

PINKLEY-WARENZ OSP Assistance Superintendent at OSP Oregon State Penitentiary SUPT.,
2605 State Street, Salem, OR 97310

Ms. C. LENEX, OSP Head Counselor, Oregon State Penitentiary SUPT., 2605 State Street,

Page 3 of 36 **STATE INMATE COMPLAINT UNDER 42 USC § 1983, § 1985, & § 1986**

Salem, OR 97310

## IV.

## STATEMENT OF THE CLAIMS

## CLAIM I

All the of Defendants have effectively denied the Plaintiffs to sell his inventions ieads, and other intellectual properties which would be In the Best Interest of the Public, by Public Contracting Services effectively Benefit through Plans, Contracts, and Provisions Relating to the Economic Enhancement of Oregon's Economy. See attached Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9,10, And 11.

And ant chance to complete any created as is his constitutional right to patent, copyright, publish, exhibit and sell unique inventions ideals, products, and even intellectual concepts which are constructive and contribute positively to the quality of life, which is Guaranteed as stated in

**OAR 291-119-0020: Staff Assistance;**

(1) Assistance from staff in a facility may be provided by the functional unit manager if the inmate requests.

(2) Such assistance may include, but is not limited to:

(a) **The establishment of appropriate lines of communication with persons or agencies who may be of assistance to the inmate**;

(b) Attempting, when requested, to direct the inmate to such resource persons as he/she may require for specialized information; and/or

(c) **Arranging such meetings and workspace as may be required to facilitate these efforts, in accordance with such rules and procedures of the Department of Corrections as may apply**.

(4) Inmates are not required to seek assistance from the staff in patenting, copyrighting, publishing, exhibiting, selling, or otherwise disposing of inventions, manuscripts, and/or compositions; **however, the inmate must have prior approval from the responsible functional unit**

**manager for all such items to be developed within the facility.**

(5) If staff assistance is not requested, **no effort shall be made by any Department of Corrections employee to inhibit or hinder the inmate in legitimate efforts to patent, copyright, publish, exhibit, sell, or otherwise** *dispose of his/her invention(s), manuscript(s), and/or composition(s)*.

Because the Oregon Department of Corrections has failed to allow that the Employees of the Oregon Department of Corrections are adequate trained to assist the Plaintiffs with patenting, copyrighting, publishing, exhibiting and or selling their various invention, Manuscripts, and other Compositions, and ideals, products, and even intellectual properties, and concepts which contribute positively to the quality of life, and are constructive as required that the state created right under **OAR 291-119-0020** the Plaintiff has lost out on Billions of Dollars, in that it is a fact that any one of the Plaintiff's inventions would with out doubt sold for Billions of dollars. Like Plaintiff's photographic memory terabyte micro-chip Photocopier and Fax machine that would store copies of any Document that is photocopied, or Faxed, and if the Document should ever be lost or misplaced, all that the company of private person would need to do is type in the date that the Document was Faxed, or Photocopied and the photographic memory terabyte micro-chip Photocopier and Fax machine will re-print the Document exactly as it was. SEE **Claim VIII.**

## CLAIM II

The Plaintiff as state prisoner are incarcerated and confined at the Oregon State Penitentiary, located at 2605 State Street, Salem, OR 97310. The Oregon Department of Corrections has failed to train any of their Employees or provide them any time, chance, opportunity, or a designated place where in to perform the various and different requirements of OAR 291-119-0020, which is both a lack job opportunities for these ODOC Employees, with increased pay which would serve to further motivate the ODOC Employees to be more inclined

to fulfill the requirements of OAR Div. 119. equating to more assertive and constructive desire

these ODOC Employees to help the Plaintiffs, and actually know how too do so, but the state of

Oregon and ODOC has failed provide these ODOC Employees with some form of pay raise, and

adequate training, where the requirements of Div. 119, are significantly outside of their official

job requirements which is essentially to supervise inmates and maintaining security issues within

the various ODOC Institutions and Facilities.

### CLAIM III

Pro se plaintiff herein invokes his Constitutional Rights as a Citizen of the United States

of America, to bring this civil action, action in rem, in quasi rem, in personam, as an action in

personam as allowed pursuant to FRCP Rule B, C, D, and E and further as provided by Title 28

USC § 2201 § 2202 allowing for the creation of a remedy in a case of an actual controversy over

personal property as provided by and allowed under Title 28 USC § 1338, in violation of a state

crated right to invent, create, and express his personal intellectual properties under OAR 291-

119-0005 as a Trade Secret Right of a Commercially valuable product created from pro se

plaintiff's intellectual property design of an abstract patentable, and copyrightable invention and

works In the Best Interest of the Public, and the society as a whole by Contracting Services

corporate, and small Businesses that Effectively will Benefit Through these Plans, Contracts,

And other Provisions Relating to the Economic Enhancement of the state of Oregon's Economy,

Pursuant to the requirements as provided by OAR 291-119-0020 establishing:

### CLAIM IX

On the relations of **Matthew Young**, a State prisoner, SID No. 6242666 who Has been

trying for many – many years to market his ideas, inventions, concepts, manuscripts, and

compositions, but Plaintiff has been effectively denied any access to the providing his unique

inventions to the Public, Society, and World as a whole by the staff working in the Oregon Department of Corrections. One of the concepts that the Plaintiffs tried to get out was the fact of how to stop that oil spell in the Gulf of Mexico, Plaintiffs tried to get a letter of (B.P.) British Petroleum that all that they needed to do was to use liquid nitrogen or liquid Helium, and freeze the oil in the pipe 10 to 20 feet from the damaged pipe, and to get the oil off of the suffice of the Ocean is to use a modified crop duster to spray liquid nitrogen, liquid Helium over the oil and freeze it on the ocean suffice them just pick it up.

## CLAIM VI

Further in regards to Plaintiffs **Matthew Young's** other a more applicable scientific theorem relating to the real cause and effect of the **Earth's Global Warming**, though not self-evident in the conclusive networking of opposing scientific academics, however the theory is sound, and diversifying [i]t's virtualization to environmental certainty, by understanding that Energy involves the systematic inter exchange of Nuclei at the Anatomical level or is transformed at the sub-atomic particle level by velocity, of passing through another elemental substance such as the earth's atmosphere. To this analysis Plaintiffs offers a likelihood that it is a well known fact that any thing that passes through the earth's atmosphere heats up, and that even something as small as a Radio wave, Television frequency, and now Wi-Fi cell phone megahertz's which are transformed into Tachyon, though not conclusively found to be traveling faster than the speed of light, nevertheless cab be proven to have transformed into becoming a form of Microwaves as they pass through the earth's atmosphere.

## CLAIM VII

Plaintiff has also solved the enigmatic riddle which was Articulately hidden in a poem written by the Author "**Jehova Sanctus Unus**" for the [**Philosopher's Stone**], he was considered

the for most **Alchemist** *"ever"* his actually concluded the Formula for the [**Philosopher's Stone**] which he then wrote the following Poem which he composed in (**1670**), where he hid the Formula from all others expressed as an enigma or viewed as a kind unsolvable of conundrum:

> "In [Saturn] is hid an immortal soul. Untie its fetters which do it Forbid to sight for to appear then shall arise a vapor shining like pearl Orient. To Sa[-]turn = Mars with bonds of ;love is tied who is by him devoured of mighty force whose spirit divides Saturn's body & form both combined flow a wondrous bright water in which the Sun doth set & lose its light. Venus a most be united for she is the only means between the Sun & our true argent vive to unite them inseparable. "[I]t only" is what it is – if I allow it to be so I make of it, that what Become of it."

Plaintiff has however translated his hidden Formula in this massage to mean that the "Philosopher's Stone" is far to Dangerous to reveal to the world at that time, maybe even so today. The "Philosopher's Stone" while elementally bound in scientific field of (Chemistry), it is not the bound elemental compositional properties restricted to the molecular system of morphologically cellular Biological living organisms. (No), but rather the *only* way to create the true [Philosopher's Stone] which can be used to transform lead into Gold, and Heal different forms of illnesses, is through the mineral Theorem in *Alchemy* which Plaintiff concludes is comprised of Three actual parts to a single Stone:

> "The first two are identical in shape but opposites in their elemental magnetic components, [North and South poles] that when they are joined together with the third element at the center, of it's the {core} which is * * * * * * , that when brought together forms the "Philosopher's Stone". Which is a Quantum Magnet that Transforms elemental components at their Anatomical level through a systematic change in their Neutrons to Protons. The re-structural balance through a Quantifying Transmission of radiant isotope energy transferring atomic metallic mass by number un a uniform of units formulating 79 Au -196.967 in density. The transformation volume is complete when the condition of the base metallic substance breaks free of the "Philosopher Stone's" magnetic attraction in units of magnetic radiant energy. Through intense heat emitted through Gamma Ray level of light X-Ray radiation, which is stabilizes the election Bond with a Quantum field magnification through electromagnetic radiation."

magnification through electromagnetic radiation."

## CLAIM VIII

Here is a Credit Card that reads the Thumb print of the person using it. And it does not

need a power source, because it will get it power the power links that are powered by the



Protection against Identity Theft, protection against Child predators. See the Diagram

below.



## CLAIM X

Plaintiffs has Guaranteed Virus proof, Hacker proof computer, which is also Guaranteed to Trace any Hacker to the very phone line from where it originated from. [SEE Diagram below]; an intellectual invention that can with a (200% percent) Guaranteed protect all Computers. Plaintiff Matthew Young submits that he has Invented and Designed Schematics, for Intellectual Property, and Patentable Invention, Copyrightable and Trademark-able work, to wit; this Hacker proof, Virus proof Computer, with Multi phase Microprocessors, as defined under **Title 28 U.S.C. § 1338**.





COPY



THIS IS "NIMROD" system

NIMROD can Trace 2 virus or Hacker Right to the very Phone the it came from...

The "EPIPHAGON" a 21-sided polyhedron





## CLAIM XI

In addition to these Inventions Plaintiff has also written 3 Books, over 17 Screenplay movie Manuscripts, and Hundreds of short (haiku) type Pomes, Philosophical, and Romanic Expressions for Plaintiff's Card company Entitled [*A SERIES OF TIMELESS PASSIONS* by **lord FLEX**]: and the pseudonym 'lord FLEX', not in reference to a deity, but rather as a self [Enlightened Man], in reference to [The House of lords] in England. Which Plaintiff truly believes would be more then merely Honored to have Plaintiff as one of [i]t's members. . . . . Please do consider the fact of just one of Plaintiff's Business plans.

"Plaintiff's plan is to take One Hundred (100) of his Poems, Romanic and Philosophical Expressions, and put them on One Hundred different cards. Then make One Hundred Thousand copies (100,000) of each different card category, individual card, which will give me Ten Million (10,000,000) cards.

Plaintiff will then have these One Hundred (100) different cards compositions posted on e-bay - Crags' list - Yahoo - My space - Face book, Google, and other web cites. Plaintiff will offer these first Ten Million (10,000,000) cards as commemorative cards for $3.75 each. And to everyone who buys at least one of these first Ten Million (10,000,000) commemorative cards will become minor partners in a sense of that one particular card, to which they will receive .35 cents, off of every future card sold of that One particular individual card category, [in the sequential order that they bought that particular card], And all future sales of these cards will be reduced to $1.50 each for card.

How this will works is, "say that a person bought the 73,000 card out of the 100,000 cards in that particular card category, after selling off the remaining 27,000 cards in that particular card category, and starting the next sequence of 100,000 cards orders, and sales reach 73,000 again on that particular card, then that person will get another .35 cents, just like the person preceding that number, will get .35 cents" automatically put into an Account

that they are Responsible to pay to have opened on e-bay.

Plaintiff will pay the cost to e-bay to make the automate deduction from all future card sales, and add it to each of the other 10,000,000 Accounts, this is not going to cost Plaintiff a lot, because the charge will come out of the future sales of that individual particular card sale.

Now if the sells of any One of the Hundred (100) different Card categories reach One Billion (1,000,000,000) sales world wide, then each person who bought one of these commemorative cards from that particular card category will receive in the neighborhood of anywhere in the neighborhood or 'Three Million Five Hundred Thousand Dollars' ($ 3,500,000.00) in their Account.

Plaintiff Extremely Confident that Based on the Unique word compositions that Plaintiff has composed, and what these words convey and Express, that Plaintiff [Series of Timeless Passions] will move even the most calloused Heart made of stone to Deep Compassion, Excitement, Joy, Contentment, and Understanding.

Below are but of few of these (Timeless Passionate Expressions), of which Plaintiff sincerely believes everyone, will find a measure of Joy in them. From [Matthew Young] is *a.k.a.*, [**lord FLEX**]."

"My Greatest Possessions are my Cherished Memories of the Precious Moments that we have Spent Together lost in LOVE'S vast Kingdom and Warm Embrace." [**Timeless**]

"We will never know to what Heights Our Love can Truly Fly, until the woes of Life builds before us walls *over* which TOGETHER WE Must SOAR." [**Timeless**]

"If ever once we open our Eyes, We will inevitably find that the Proverbial hands that bind US in a circumstantial prison of misery, are the every hands that WE Ourselves have the Power to CONTROL." [**Timeless**]

"If ever you want to know why I Smile Every Time that I SEE YOU, It Is because I can Think of Nothing BETTER to SAY." [**Timeless**]

"Of LOVE It Is Tomorrows Promise of Good Things yet to COME." [**Timeless**]



- THE LAST DAY OF SUMMER -

At the tender age of Nine in True Amazement
and Wonder, I Said Goodbye to [a] Summer, that
will never again See me in Such Light... For no
matter How many times Summer Returns, It will never
again see me as I am Today at the Tender Innocent
Age of Nine..

Timeless
by Lord FLEX

"Of LOVE It Is a Continuous Realization that YOU Are Always in My Every Thought, Prayer, Want, Hopes and Dreams." [**Timeless**]

"Each Night as I lay beside You, Silently Listening to Each Rhythmic Beat of Your Precious Heart I Realize that Each Perfected Beat IS An Isolated PERFORMANCE of Artistic Perfection that uniquely and distinctively Say, I LOVE YOU - - Bump-Bump - - I LOVE YOU - - Bump-Bump." [**Timeless**]

"Of LOVE; It Is knowing that you will Never Have to be Alone, as long as You allow Me to be with YOU." [**Timeless**]

"Of LOVE; It Is not only when you Share Your Many Hopes, Dreams, Goals, Wants, and Desires with Me, IT IS When You Allow Me to HELP You Fulfill them, and Make Them COME TRUE." [**Timeless**]

Of more extensive compilations I have composed others such as:

### STOLEN MOMENTS

Lust is a Thief! That provokes the affairs of the Heart, so as to steal it's Essence. Leaving much to be desired by its victims.

Such is the nature of passionate indulgence, that in itself adorns morality rendering it's victims incapable of exercising their perspective rational.

Indeed it is such an extraordinary predator that provides synthetic ecstasy through a system of persuasive illusions that exist under false pretenses of literal esteem.

 Yes, it is arguably controversial expressions of figurative, but mostly just only but a moment.
    A short stolen MOMENT. . .

### ENDLESS DAYS & I WILL

I will teach you a majestic language called LOVE.

I will share with you feelings that are far beyond the mere physical chemistry.

I will compose for you such forbidden word compounds of such striking conventionalize realization too the application of Romantic Ecstasy that together we will forever be lost in LOVE'S vast Kingdom.

I will validate for you, that it is you, and you alone that inspires me to be an objectively unique character of prestigious virtue.

Thus, I will be for you a most chivalrous and noble attribute. Thank You – My LOVE. **(Timeless)**

## IN TIME

A Privilege, A Structure, A thought, A Moment. Have I Valor? Have you Chastity? Have I a degree of Excellence? Have you a moment of Courage? Have we substance together so as to be significant? IF I hug you will you kiss me? If you sing, I will dance with you onto all Eternity, where together we will bring forth formidable Romanic Ecstasy of accomplished Desires inspiring a Love so filled with Deliciously Great Passions of such prestigious virtue as never before been achieved. **(Timeless)**

## WHY

My Birth was my crime,
My Faith was my debt,
My Hope was my payment,
That life would not accept,
Want is my pain,
Love is my Dream,
My Desires are my Enemy,
My Dreams are Insane,
Lies are but a tale,
That I often Believe,
The Truth is a Lie,
That I refuse SEE,
So much Pain, I continue to endure,
Yet still I Hope to be FREE some day,
Unless my Debt has grown More,
Than I Could ever Hope to Pay.

This is the "First" Poem the first line must be song, while the second line is only spoken, this will forever add too, and or change the nature and manner in which poems are written.

## MEANINGLESS

Lines in the sand, Is all that their drawn,
    That is all that they are,
Lines in the sand, Are who they are,
    Suckers, Haters, & salt Shakers –false Friendships,
Lines in the sand, Is what they call upon,
    Lies and illusions,
Lines in the sand, Are what they build upon,
    Things that blow away,

Lines in the sand, That are never there,
    The next day when you look for them,
Lines in the sand, Like forgotten memories,
    That never meant anything anyway,
Lines in the sand, Like meaningless words,
    Written upon water,
Lines in the sand. . . . . . .Are just that,
    Nothing but mere lines drawn in the dirt.

## **CLAIM XII**

Plaintiff has also written a number of concepts, in context of proverbs:

Sufficient onto the moment of contemplation are the circumstances under which it exist.

What is a lie, If in really it is a Truth conveying an unacceptable really only to them that fear it.

Aggravating Experiences are a means to gain wisdom and understanding, not merely a vice to hold onto negative views, petty concepts, hate and indifferences.

Supposition is the grace of fools, who seek not to embrace the truth of what is really.

Gullible is the way of the fool, and ignorance of his own folly shall be his reward.

The value of Gold vs. the value of one's peace of mind is only in the want of the Gold not in the need. For that exact same Gold coin that existed over 200 years ago, is still here with (us) today. While the man who foolishly felt that he needed it is long gone, no longer foolishly feeling any need for it.

The true comprehensive essence of understanding is forged only in then fires of Pain and Suffering.

Only a fool fails to consider the value of time until such time as he no longer has any time left to consider [I]t's value, and truly appreciate it.

## CLAIM XIII

The following is a few pages out of only one of **22 different screenplay movie manuscripts** that the Plaintiff has written. Here is one of the opening formats of and partial draft;

## FALL GUY INCORPORATION

SCENE ONE: Two guys- Mark Mitchell, and Raymond Allen, are about to get caught in the act of Burglary, at a Computer Microchip Technology Company.

Mark to Raymond
Hey man! The police are outside. I thought you said that you had disabled the Alarm system?

Raymond
I did. Look I got it right here in my bag, see?

NARRATION: Raymond pulls a Security flood light from his duffle bag.

Mark
Ah h h h, hell na! I know that you didn't do that! You can't be that damn dumb!

Raymond
Man why you trippin?

Mark
You idiot! That ain't no damn Alarm! That's a security flood light. Man, I can't believe this, I'm going to go back to jail messen wit your dumb ass!

NARRATION: Mark lower his head as if he is about to start crying, when he hears Raymond making a strange mumbling sound. He looks up to see Raymond with his head slightly raised, eyes closed, and his right hand held straight out with his hand opened.

Mark
Man, what in the hell are you doing?

Raymond

Sh h h h h, I need to concentrate if I am going to get us out of here.

Mark
What?! How the hell are you going to do that?

Raymond
Man, haven't you ever heard of Houdini? Well I bot to pull some of that Chris Angle, shit on'em. . . Now be quite, and leave me alone, so that I can concentrate.

Mark
Ah h h h, hell nah! I know what you up too! You trying to set it up so that you can plead some kind of insanity shit!

Raymond
What! Man shut up! Would you prefer that I use some of that old I Dream of Genie shit on'em? You know cross my arms, nod my head while I blink my eyes?

Mark
Man, I know that you ain't that damn stupid. Then again that's why my Mama don't like you! She side that you must be on glue, and that – that is why you so stupid. Why the hell didn't I listen to her.

Raymond
Man, did she really say that?

Mark
Say what?

Raymond
That I been sniffen glue?

Mark
Hell, ya!

Raymond
You's a snitch, you told her!

Mark
What? No I didn't!

Raymond
Then how did she find out?

Mark
I don't know! Hey wait a minute! You mean to tell
me that she really was right all of this time? You are
on Gule?!

Raymond
NO! I mean, well it was just that one time, a couple
of years ago, but wasn't like every day, cus that shit
ain't cool, it gave me a head ach, and my eyes still
hurt till this every day.

Mark
I'll be damned!!

Raymond
Man, shut up, and be quite so that I can concentrate,
and quit distracting me, so that I can get us out of
here, and beat you up out back in the ally.

Mark
You dumb mother----, that's why one day you
going a die just like a cartoon.

Raymond
Oh ya? Which one? And don't say that fat
mother@#*! Homer Simpson. But I am kind of
feelin that crazy little motha@#*! Yo-sim-ady Sam,
man cuz he ain't no punk! He'll take a motha@#*!
To the grave with him partna.

Mark
Na, Dumb-dumb. I was thinking mo like Wild-E-
Coyote.

Raymond
Oh hell ya ! ! ! Dawg I'm feelin you on that shit.
You said him cuz I got it like that right? I mean
being a Genius type right?

Mark
Man, you sick. You need treatment. You dumb
motha@#*!

> Raymond
> Keep it up, and I'll blink yo ass over a canyon of
> something.

SCENE TWO: Mark and Raymond, are Arraigned before the Honorable Judge Marcy Williams, a middle aged Black woman, who has the tendency to play a Motherly Role toward everyone who comes before Her Bench even toward other judges.

NARRATION: As Judge Williams is reading the charges (Burglary in the Second Degree) against Mark and Raymond, Raymond closes his eyes, tilted his head up and began to wave his right head, palm down from side to side real slow while mumbling those same funny sounds like he did during the Burglary.

> Judge Williams
> Mr. Allen, are you alright?

NARRATION: Raymond ignored her, and kept his eyes closed while continuing to wave his hand slowly from side to side mumbling. Mark stood next to him watching him with a look of pure discuss on his face.

> Judge Williams
> Mr. Allen, I asked you a question.

NARRATION: Raymond continues to ignore her.

> Judge Williams
> Mr. Mitchell, what is wrong with your friend? Is he
> okay? What is doing?
> Mark
> He thinks that he can pull some kind of Houdini
> trick, and use that Chris Angle, Mind control on
> you.

> Judge Williams
> You mean like on T.V.?

> Mark
> Yea.

> Judge Williams
> Uh-uh, No! Baby. I hope that you are trying to play
> for some kind of insanity plea.

NARRATION: Raymond turns real fast on Mark, and says.

> Raymond

Thanks a lot idiot! Now it ain't goen work! You
need to learn to when to keep your big month shut!
Maybe you need another Flint Stone lump on top
you fat head, and have you looken like Gazoo.

Judge Williams
Baby are you on some kind of medication?

Raymond
MEDICATION! So just what are you tryin to say
Judge?! That I'm stupid or something? Cuz I'll have
you know Judge, all of them office Burglaries that's
been go'en down around here, ya, even the ones in
this here courthouse, ya who do you think pulled
them off hun? Who?! We did! That's who! So how
is that for Medication?! Hun? Shit I ain't no punk
Judge. So now what you got to say?

NARRATION: The whole time that Raymond was making this confession to the Judge
Williams; Mark is disparately trying to stop him from talking too much;

Judge Williams
Mr. Mitchell, I was inclined to think that you must
be the brains in yawls relationship. But looking at
the two of ya'll record, I see that you two have been
partners in crime for a very long time, and you must
be dumber than he is, in order to peek running with
him, unless- Baby are the two of you gay?

Mark
No! I'm just dumber, than dumb-dumb here.

NARRATION: Just then mark turned and kicked Raymond, in the nuts as hard as he could.

Judge Williams
Mr. Mitchell ! ! ! Baby, I am going to have to ask
you too Please Kick him one motre time for me, and
I'll give you only 6 months incarceration.

Mark
But what about him? I mean he is my Boy and all,
and I really would hate to see him go to prison for a
long time. Even if he is super stupid.

Judge Williams
Okay. In that case, kick him a couple of more times,

and I will give you both 6 months each.

NARRATION: Raymond looks up at Mark, with a pleading look in his eyes, but because of the pain that he was in he had real difficulty trying to talk.

> Raymond
> No, Dawg, Please don't do it. . . I can't ---
> Mark
> Shut up!

NARRATION: Mark kicked Ray-Ray two more times as hard as he could, while he was already on the floor. And after making a few funny little sounds like a little goat, Raymond laid still playing like he was dead.

SCENE THREE: Mark and Raymond go to Prison.

NARRATION: As soon as Mark, and Raymond get to prison, Mark and another inmate called "little T" who he had met a couple of days before, walk up to a small group of Black inmates on the recreation yard. In the middle of the group was a medium size guy called "Jeff to the left" who was packaging up some drugs, as Mark and little T, approached the group. Just then Jeff to the left looked up.

> Jeff
> Man, who the hell is this dude?!

> Little T
> Man, this is the new Fall Guy, the one that I told
> you about this morning.

> Mark
> New Fall Guy? What do you mean new Fall Guy?

> Jeff
> Man T, you didn't school him, on what's up?

> Little T
> Nah. I was goin to leave that up to lil Mike.

NARRATION: Lil Mike stood beside Jeff to the left, standing at 6'6" and weighd in at 340 pounds of solid muscle, he looked over at Mark, and winked at him, then gave him the most hideous smile that Mark had ever seen, and beside him stood Big Mo, who was 6'4" 300 pounds, and was so-o –o –o UGLY that he made Lil Mike actually look Little.

> Big Mo

Page 21 of 36 **STATE INMATE COMPLAINT UNDER 42 USC § 1983, § 1985, & § 1986**

One time rollin.

NARRATION: This was a term used to say that an officer was coming.

Lil Mike
Fall Guy, get over here and hide this.

NARRATION: Lil Mike, handed Mark a package of dope about the size of a fat Bratwursts sausage, a full ounce of co-caine.

Mark
Hide it?! Man if I get caught with that I cloud get five to ten more years, and besides where am I supposed to hide it?

Lil Mike
You just stick it up you Butt.

Mark
Ah, Hell NO! ! !

Lil Mike
Would you prefer that I help you, cuz I'll shove it up there real good for you?

Mark
Ah, Man. That kind of shit ain't cool!

Lil Mike
Shut punk and get over here and do it.

SCENE FOUR: Later That night, while back in their cell Mark tells Raymond of a new Business plan that he wants them do put into effect when they get out.

Mark
Man, when we get out next month, we are going to go legit. Or at least legitimately illeghal. We goin to start our own Business.

Raymond
Ah-ya, now that is what I'm talking bout, a night club with all the T& A In the world.

Mark
Nah, Dummy. We goin to start a Business called

Fall Guy Incorporation.

Raymond
Now just wait minute! I love you Dawg but I ain't jumpin out of nobody's hotdamn Airplane!

Mark
Man, how in then hell did we ever become friends? Cuz, we sure the hell don't think alike.

Raymond
Because I'm always savin your sorry punk ass. Every since3 we was in the sixth grade when Tommy Wilson's lil fat cousin had you in the girl's bathroom, tryin to make you play free willy, and was spankin you nasty lil wenny with that stick. You was crying like a bitch, and how bout that time when that nasty old man Phillips, had tricked you into his house, saying that his wife had fell down, everybody knows that he ain't never had no wife! Who saved your sorry ass?! I did! That's who, and Ican go on and on. So before you go to sayin how dfumb I am, you just remember how many times I saved your dumb ass! Always letting folks get you, where they bout to do bad things to you, you sucka!

Mark
Ya, I guess you right, you my Dogg for real. You want some more Gule?

Rayumond
Fuck you.

SCENE FIVE: A month later at Mark's girl friend (DESIREE JACKSON'S) house.

NARRATION: Mark sets out his plan for the Business take he calls "FALL GUY INC.," for Ray-Ray and Desiree.

Mark
What Fall Guy Inc., is, is a Business that provides a scapegoat for any Celebrity status, or any other Public figures, like Movie Stars, Musicians, Athletes', and Politicians, essentially it is when any Public figure knows or believes that He or She will be possession of a sociably unacceptable commodity or substance, ta daa, enters "Fall Guy

Inc.," we will provide a male or female carrier for the Public figure, and depending on the serious and nature of the questionable substance in effect, the daily price for a "Fall Guy Inc.," employee's service can range from Five-Thousand Dollars a day, up to Twenty-Five Thousand Dollars a day.

Ray-Ray
Ok, hold on Dawg, so what you sayin is, if someone like old school DARREL STRAWBERRY, wants to get high and smoke some crack cocaine, but don't want to get caught with the rocks, all he got to do is call us? And we will send someone like the gimp, over to carry the crack for him?

NARRATION: Just then Desiree's uncle "CHARLES MANNING" enters the room, he had been listening from the other room.

Charles
Okay Boy, I've been listinin to this idea of yours from the other room bot this "Fall Guy Inc.," thing. It sounds like a damn good idea, but who is this gimp that ya'll talkin bot?

Mark
No, Uncle Charles, Ray-Ray didn't say gimp, he said pimp.

Desiree
No he didn't Uncle Charles, he said gimp and he was talking abot you.

Charles
So you lil fat punk, you still mad bot your mama and me. Huh? Well get over it you lil fat punk, because getting your lil fat ass whop, ain't goin change nothing! But if you keep runnin your fat mouth, I'll do things to you, you lil fat punk, thath are illegal in 49 of these here United States and 16 different Countries. You'll feel just like a little hairless fat goat in the sick hands of a sadistic, twisted, perverted farm boy… Desiree, go get me them fire works that I've been savin since last July. Turn around you lil fat punk, lets take a look at what your workin wit.

Ray-Ray

Eat shit and die! You stupid old gimp. And you better stay away from my mother too punk!

Mark

Desiree, why you startin shit?!

Desiree

Well he shouldn't be takin bot my folks behind his back! Like a coward!

Ray- Ray

A coward?!? You funny lookin Bitch, Fuck you and that stupid old Gimp!

Mark

Look, if all ya'll goin to do is fight, ya'll take that shit out side. Or I'll take my idea some where else, and finish goin over the plans wit someone else.

Charles

Ooh come on Boy, I'm not goin to beat the grap out of your lil fat Buddy. I want to hear some more bot this "Fall Guy Inc.," thing you got going on.

Ray-Ray

Lil fat Buddy, punk! ! ! I tired of you sex playin me wit that gay shit, bitch.

Charles

Your mama's a Bitch!

Mark

Man! Will you guys knock that shit off!

NARRATION: Ray-Ray and Charles sit quietly looking at each other with mean stairs as Mark continues about the "FALL GUY INC.," Business.

Mark

"Fall Guy Inc.," will put forth a contractual agreement with each of the Public Figures that we represent, that Guarantees that at no time what so ever is Fall Guy Inc., working with or for any County, State, federal or other law enforcement agencies, or News Publications, nor will Fall Guy Inc., Ever divulge or make known the nature of the

substance or item to-wit the Fall Guy Inc., is hired to conceal, hold, carry, and or over wise take full responsibility for. Also at no time ever will any Client of the "Fall Guy Inc.," be allowed to have the same "Fall Guy Inc.," employee two consecutive days in a row, this is to protect the Client from having any Delusion of Familiarity, believing the just because of having the same "Fall Guy Inc.", employee, that they can now trust that employee with other more personal secrets and other Information that the "Fall Guy Inc.", which the "Fall Guy Inc.", employee could use against the Client. . . Or sell to a News Publication. If a Client's vehicle is pulled over with the "Fall Guy Inc.", the "Fall Guy Inc.", employee carrying the illegal substance in the vehicle - -WILL- - if it becomes necessary get out of the car and run, so if the Authorities seek to search the vehicle, the Client can maintain a stand point of being ignorant as to why the person jumped out of the car and ran. Because the Client does not know the Person, (the Fall Guy Inc.), (employee) but rather was only being good seriatim, and was only lending a hand to a stranded person who needed a ride.

Charles
Boy! That the Damndest thing that I ever hard of, IT'S BRILLIANT! But where are you going to find people disparate or dumb enough to carry someone else's drugs or illegal shit?!

Mark
They don't have to be disparate or dumb, you se, the Client will have to agree to pay at least half of any legal fees so that our employee will always have the best legal representation, and if they do end up going to jail, it will not be for long, and they will have a nice fat check awaiting for them when they get out. And beside I plan to hire only Homeless people who life really hasn't given a fair Break to.

Charles
Not DESPERATE ENOUGH Huh?!

NARRATION: Ray-Ray, Mark, and Desiree, go to the lower east side of town, where you

can find just about anything that you are looking for, weed, crack, meth, heroine, prostitutes, stolen property, and most of all the Dumb mist people that life has ever produced. Mark tells Desiree and Ray-Ray to being by just spreading the word that there is a new job that offers room and board, food and free legal representation. After putting the word out and posting the Address to Desiree's house up at stores pool hall, Bars, and Parks, and then they return to Desiree's house and wait.

SCENE SIX: Applicants begin to show up for interviews.
NARRATION: The first guy to show up is a guy DOUG WILSON, who had a really bad experience with crack, and doesn't want to be around it, he is interviewed by Mark.

Mark
How are you doing Mr. Wilson? It is Doug Wilson, right.

Doug
Ya. You can just call me Doug, though.

Mark
Ok, well look Doug, Essentially "Fall Guy Inc.", is a corporation that provides a cover carrier for Celebrities, and other Public Figures. A Scapegoat if you will.

Doug
A carrier? Well what will I be carrying?

Mark
Well, take depends on what ever the Celebrity has, I mean it will be what ever that thing that will make the Celebrity look Bad in the Public eye.

Doug
Oh, you mean like some illegal shit?

Mark
Well Yeah. Are you cool with that? Because you will also be taken care of legally if you get caught, and be paid well if you do time.

Doug
Yeah, man I'm cool with that. But I Ain't going to hold NO CRACK Cocaine! Uh-h uh, NO! NOT only NO! But HELL NO! ! !

Mark

Why not?

Doug
Because man the one and only time that I smoked
that shit I was fucked off for weeks.

Mark
What Happened? I mean you don't have to talk
about it if you don't want too.

Doug
Nah, it's cool, I don't mind telling you. You see
about 8 months ago I ran into a little money, and
after doing that Hood Rich Ghetto thing buying new
clothes, a car, shit fir the house and things like that,
I decided that I wanted to try something different,
so I road my Mountain Bike down to the lower east
side looking for some crack, and this kid come up to
me and said, "what you need, I got it. Soup
(Cocaine), Dogg Food (Heroine), whoop-whoop
(Weed), Thiz (Ecstasy)". So I gave him $100
dollars, and he gave 6 big crack rocks.

Mark
Dogg food?

Doug
Yeah that is what he called some of it.

NARRATION: Mark caught a flash back to when he was in prison,

Doug - Continuing
So I was like yeah shoot he a $100 worth of crack
man, and I'll be Damned if I didn't go through the
fuckin Twilight Zone man! It must have been about
1: 00 PM when I bought that fuckin shit and took
the first hit, I closed my eyes holden in the smoke,
and when I blew the smoke out, and opened my
eyes it was 2:18 AM, at Night! ! ! I was riding my
Bike, I didn't see No-one for Blocks, then this lil
Bird flew by me sayin give me a hit, give me a hit,
come on you Punk motha-Fucker give me a hit, I
stop, and was lookin at this lil motha-fucker, and
that was when I realized that it was speakin
Chinese, but what really fucked me up was the fact
that I understood him. Man I took off on my Bike

like a snitch form a Gangster's Convention, and
went to hide in this garage, and I'll be damned if
that lil motha-fucka wasn't already in there waiting
for me. So I spent about 2 or 3 days in there with
this lil Bird, smoken crack. It was telling me How it
was in the Al Qaida, and when we got down to the
last hit, the lil motha-fucka tried to convince me to
give it to him, because he had to go on a suicide
mission, and fly into the neighbors house, cuz they
suppose to be Shiite-Jews ?!? I was like what the
fuck?! There ain't, no such thing as Shiite-Jews! So
I tells the lil motha-fucka, "You couldn't fly
through an open  window, much last through a
fucken wall, and I'm tired of your Bullshit, so I'm
going to take this hit, fuck you up, and take your lil
ass to KFC, and have your lil ass Dipped in some of
the kernel's secret sauce!" Man I'm sad to say that
the lil motha-fucka, Beat me down and not only
took the last hit but he also mugged me and took all
of my, when they finally found me, they said that I
was more dead then alive. So you see I ain't Holden
no crack cocaine!

SCENE SEVEN: The Next Interview

NARRATION: Two guys one Black, and one White, who run together but who seem like their
not really friends at all because they argue all of the time. They are interviewed by Ray-Ray and
Uncle Charles.

Donald
So how much do we get pay!

Ray-Ray
Man you don't even know what the job is yet!

Donald
Damn that! How much do we get pay!

Uncle Charles
Boy! You don't even know that we goin you hire
you sorry ass yet, so stop askin how much you goin
to get pay! And, sides Boy, you goin to take what
ever we give you! Now shut the fuck up, and
answer the questions,

Donald
You right, but you ain't got to talk to me like that. .

Uncle Charles
Well that seems to be the only way to get through to you, I don't like it any more then you do, so straighten up and act right.

Chris
Ha ha Donald, you got schooled by an old man.

Donald
Shut up punk, for I tell them bot your friends,

Ray-Ray
What friends?!

Chris
Donald don't start no shit, and there won't be none!

Donald
To late but that, you should have just kept your monkey ass mouth shut!

Uncle Charles
Raymond's right, what friends?!

Chris
DONALD!

Donald
He be seein shit, in fact he got his ass whoop by six imaginary Motha-fuckas.

Chris
See Donald then you wonder why I poisoned you punk ass the other day!

NARRATION: Uncle Charles and Ray-Ray exchanged looks of serious concern.

Chris
Ya'll don't listin at him, he's a punk he got gang raped by Aliens who took him to another planet and did bad things to him, ask him, go ahead ask him.

Donald
At least the Aliens was real.

>Chris
>
>Fuck you Donald, a couple of those so called imaginary Motha-fuckas was as big as line backers, and you better shut up, before I do to you what they did to me!

NARRATION: Chris and Donald sit and stair at each other with closed fist.

>Uncle Charles
>
>Now-now Boys come on, there no need to fight you both hired.

NARRATION: Ray-Ray looked at Uncle Charles like he lost his mind. Then Ray-Ray leaned over and whispered to him.

>Ray-Ray
>
>What in the Sam Hell are you goin?! We can't hire these nut cases!

>Uncle Charles
>
>Why not? Their perfect for the kind of jobs we plan to give them, Stupid Dumb, and Desperate.

NARRATION: After going through several more interviews of the exact same nature, "FALL GUT INC.," had its full list of employees, and they all begin to move into Desiree's house which had 6 and ½ bed rooms plus the attic and basement. At the first Breakfast Mark try's to explain that until they start to make some money the circumstances are going to be kind of stressed.

>Mark
>
>Look I want you all to know that until we start to bring in Clients we are going to have to survive on a budget. That means eating Generic foods
>
>Chris
>
>Donald, did he say Budget and Generic food?

>Donald
>
>Ya, I think so.

>Chris
>
>Man they didn't say nothing bot No damn scientistic experiments, I ain't going for this shit Donald! ! !

>Donald
>
>Neither am I! You take out the lil Fat one, I'll get

his punk ass friend, we'll show them how we do it
in the Damage State Hospital.

NARRATION: The whole time that the two of them where talking Uncle Charles, had been
listen to them, and just before they got stupid Uncle Charles, spoke up.

Uncle Charles
Ya'll know that these two nut cases over here planin
to jump ya'll? Because they think that we are runnin
some kind of scientistic experiments on they dumb
asses.

Chris
Snitch!

Uncle Charles
You lil PUNK you better watch your mouth, before
you find my foot in it!

Mark
What?! Why the hell would you two think that we
are running some kind of scientist experiments on
you?!

Donald
Because you just said that we was going to have to
eat Generic Budget food until we start to get
Clients.

NARRATION: Uncle Charles, look at mark and the look says it all, " NOT DESPERATE AND
DUMB HUH?!"

Mark
Generic Budget food Dumb-Dumb means the
difference between Baloney sandwiches, and
French Linguini.

Chris
French Linguini! Ah Hell Na Donald, now he talkin
bot makin porno flicks, and I ain't lettin no one
stick NO whinnies in my mouth! Lets get"em!

Uncle Charles
You lil Punk you step over here and you will wake
up wit something like that in your dumb ass mouth.

Ray-Ray
You Stupid Gimp, I told you that we should have
hired these two fuckin sideways low rent not since
havin, nut case motha-fucka.

Uncle Charles
You lil fat punk, keep it up and you goin to be the
first victim, you will sware the gate to hell itself
opened up right in front of you and the meanest
motha-fucka down there crawled out of there and
climd up on top of your lil fat head tried to open it
like a starving monkey trying to open a peanut.

NARRATION: Sits and holds his head down and this time he is crying for real! Desiree pulls out
a gun and says.

Desiree
All of you punk motha-fuckas better get a grip, and
stop trippin. Because ya'll given my Boo the Blues,
and I will set it off up in this Bitch and the Hummer
ring on this motha-fucka and lay all of you Bitches
down! ! !

Mark

Will Ya'll, all just Please just clam the fuck down!
Before some one seriously gets hurt up in here!

Chris
Don't come at me with that shit! My Nig, Because I
can assure you that you will come in direct contact
with three of the meanest motha-fuckas that you
ever saw, a lil something that the Doctors call
psychopathic Multiple Personalities, but which I
personally prefer to call Diversity of Character.

Uncle Charles
Oh You lil punk, shut up! You'll be going back to
the Hospital, but it won't be the Mental Hospital,
it'll be the Emergency Room! ! ! Now if you think
that I playin just say one more word and lets see just
what kind of hand that Fate will deal you.

NARRATION: Uncle Charles, sits with his hand under the table, and stairs at Chris, Daring him
to say something.

Donald

HA ha, you got punked by an old ass man!

Chris
Man! You really are a piece of shit Donald! You purposed to be on my side. I hope that they do you worst than them Aliens did!

Desiree
What the hell is he talking about, Aliens and shit?!

Uncle Charles
It's a long story, I tell you about it later.

Mark
Look you two idiots, Generic Budget food only mean cheat food, like the Generic Raisin Brand Cereal that your eating.

Donald
He right man, this shit is so cheat that it ain't even got no damn Raisins in it! ! !

NARRATION: Just then Chris leans over and whispers to Donald.

Chris
how can they call it Rasin Brand if it ain't got no Raisins in it?

Donald
A Budget! Man you never said nothing bot no damn budget, and Chris you shut up, you didn't say nothing bot them earth worms you ate day before yesterday.

Chris
What earth worms?! You told me the that was exotic food, See that why as some as I can get away with it I'm kill you man! You's a Punk for real.

Ray-Ray
You punks was raised on Government cheese and baloney, so eatin Generic Raisin Brand is like Stake and Gravy to you maggots!

Mark

Maybe I should change the name from Fall Guy
Inc., to "Dummies Are Us"
Uncle Charles
I'll be damned!

Chris
What? What is it?

Uncle Charles
2 Raisins in the whole box, now ain't that a bitch?

Chris
Can I have one?

Uncle Charles
Hell NO! Eat shit and die!

Chris
Old man why you got to be so mean all of the time.

Desiree
Because he be havin to deal wit dumb ass nut cases
like ya'll all of the time!

NARRATION; The whole time that Desiree is sayin this she is looking at Ray-Ray:

## CLAIM XIV

Because of the acts of these Defendants have effectively failed to comply with the

provisions **OAR 291-119-0020**, and other actions or lack of action in complying with the laws

and or Rule of Laws stated above, the plaintiff has in fact lost his time chance and opportunity to

sell build, and or market his ideas, inventions, and other creative works of Art which would have

made the Plaintiff well over **$20,000,000,000.00 Twenty Billion Dollars**, where over one

Billion people log onto **e-Bay** in **2007** and **2008**, if even his Constitutional chance, Plaintiff

would sold each of those People at least one of his Technology inventions for anywhere from

**$450.00** Dollars, to **$650.00** which would have netted Plaintiff **$450,000,000,000,00 Four**

**Hundred Fifty Billion Dollars, to $650,000,000,000.00 Six Hundred and Fifty Billion**

**Dollars**. But here the Plaintiff can not patent any of his ideas, inventions, or other creative works of Art, further causing the plaintiff to loose out on his other **ORIGINAL WORKS** of **Intellectual Properties** of which the Plaintiff can in fact prove that he is the first one to invent create and conceive as a thought, of **intellectual property**. SEE attached Exhibits 12, 13, 14, 15, 16, 17, 18, and 19.

### V.

### <u>RELIEF DEMAND</u>

Plaintiff Demands **$20,000,000,000.00 Dollars** Damages, Just Compensation. To be awarded to the Plaintiff and against the Defendants for the Defendants actions and failure to act pursuant to the Laws of the State of Oregon, violating Plaintiff's United States and state of Oregon Constitutional Rights, and further for hindering Plaintiffs time chance and opportunity to be come a Self made Billionaire. Also SEE attached Exhibits of Plaintiff's other **intellectual properties.**

Plaintiff Demands all Court cost and Attorney's fees of $ 100.00 an hour.

Plaintiff Demands Punitive Damages of $ _____ Dollars

Plaintiff Further Demands **all Court cost,** and **attorney's fees of $ 100.00** an hour.

Respectfully Submitted

Executed on this _14_ , day of _June_ , **2016**

_Matthew Young_
Plaintiff

Matthew Young
SID#6242666
Oregon State Penitentiary
2605 State Street
Salem, Oregon 97310



neopost
06/16/2016
US POSTAGE $006.80°
PRIORITY MAIL

ZIP 97310
041M12250771

Office of the Clerk
United States Courthouse
405 East 8th Avenue-Room 1800
Eugene, OR 97401

#2100?

O.S.P. Legal Library